No. 152. CHANNAN SINGH v. HAFF, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION.

Argued March 26, 1940. Decided April 1, 1940. *Per Curiam:* The judgment is affirmed. *Low Wah Suey* v. *Backus,* 225 U. S. 460, 468; *Zakonaite* v. *Wolf,* 226 U. S. 272, 275; *Bilokumsky* v. *Tod,* 263 U. S. 149, 157. *Mr. Marshall B. Woodworth* submitted for petitioner. *Mr. Gerard D. Reilly,* with whom *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. George F. Kneip, W. Marvin Smith,* and *Albert E. Reitzel* were on the brief, for respondent.

No. 809. PEOPLES GAS LIGHT & COKE CO. v. HART ET AL.

April 1, 1940. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Los Angeles Gas Co.* v. *Railroad Commission,* 289 U. S. 287, 304–305; *Lindheimer* v. *Illinois Tel. Co.,* 292 U. S. 151, 164; *Dayton Power & Light Co.* v. *Public Utilities Commission,* 292 U. S. 290, 298; *Townsend* v. *Yeomans,* 301 U. S. 441, 450–451. *Messrs. Francis L. Daily, Clay Judson, William P. Sidley,* and *James F. Oates, Jr.* for appellant. *Messrs. John E. Cassidy, Montgomery S. Winning, Harry R. Booth,* and *Barnet Hodes* for appellees.